| STATE OF WISCONSIN | CIRCUIT COURT | ROCK COUNTY |
|---|---|---|

Gail S. Billups,

    Plaintiff,

vs.

Case No.: 2021CV000523
Case Code: 30101
Case Type: Personal Injury-Auto

State of Wisconsin Department of Health Services, United Healthcare of Wisconsin, Incorporated, Dean Health Plan, Incorporated, Manitoba Public Insurance, Transx Limited d/b/a Transportation Transx Limited, and Eric S. Nickel

    Defendants.

## NOTICE OF FILING NOTICE TO REMOVE

    On November 5, 2021, Defendants Manitoba Public Insurance, Transx Limited d/b/a Transportation Transx Limited, and Eric S. Nickel filed their Notice of Removal of Civil Action to the United States District Court with the United States District Court for the Rock County Circuit Court of Wisconsin, a copy of which is attached hereto and hereby served upon you.

    A copy of the Notice is being filed with the Court Clerk of Rock County Circuit Court of the State of Wisconsin.

Dated: November 5, 2021	Respectfully submitted,
	**LIND JENSEN SULLIVAN & PETERSON,**
	**A PROFESSIONAL ASSOCIATION**


	By: <u>/s/ Brian A. Wood</u>
	    Brian A. Wood (#1017051)
	    Brandon D. Meshbesher (#1117491)
	    Attorneys for Defendants
	    Manitoba Public Insurance
	    Transx Limited d/b/a
	    Transportation Transx Limited
	    And Eric S. Nickel
	    1300 AT&T Tower
	    901 Marquette Avenue South
	    Minneapolis, Minnesota  55402
	    (612) 333-3637
	    Brian.wood@lindjensen.com
	    Brandon.meshbesher@lindjensen.com